IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Metal Mulisha, LLC, et al.,   Case No. 5:08 CV 1356 JZ

            Plaintiffs,   DISMISSAL ORDER

   -vs-   JUDGE JACK ZOUHARY

Advanced Alternative Concepts, Inc., et al.,

            Defendants.

Counsel represent that this case has resolved.

Therefore, the docket is marked: "Settled and dismissed with prejudice."

IT IS SO ORDERED.

                                              s/ *Jack Zouhary*
                                            JACK ZOUHARY
                                            U. S. DISTRICT JUDGE

                                            July 14, 2010